UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on Behalf of all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v . | ) ) Case No. 1:17-cv-00624-TWP-MJD |
| | ) ) |
| LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC, a Massachusetts Limited LiabilityCompany, and INDIANAPOLIS COLTS, INC., an Indiana Corporation, | ) ) ) ) ) |
| *Defendants.* | ) |

**MOTION TO APPEAR PRO HAC VICE
FILED ON BEHALF OF ATTORNEY KATHARINE GOODLOE**

Thomas A. Barnard of the law firm Taft Stettinius & Hollister LLP, pursuant to S. D. Ind. Local Rule 83-6(a), moves this court for an Order granting Katharine Goodloe of Covington & Burling LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, Indianapolis Colts, Inc., in the above-styled cause only.  In support of this motion, the undersigned states:

1. The Certification of Katharine Goodloe, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

2. Electronic payment in the amount One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Katharine Goodloe leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

*/s/ Thomas A. Barnard*
Thomas A. Barnard, Attorney No. 4011-49
T<small>AFT</small> S<small>TETTINIUS</small> & H<small>OLLISTER</small> LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone:  317.713.3500
Facsimile:    317.713.3699
tbarnard@taftlaw.com

*Defendant, Indianapolis Colts, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2017, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Katharine Goodloe was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/ Thomas A. Barnard*

18534572.1