IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff*,<br><br>  v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC., a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation,<br><br>     *Defendants*. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Presiding Judge: Hon. Tanya Walton Pratt<br><br>Magistrate Judge: Hon. Mark J. Dinsmore |

**MOTION TO APPEAR *PRO HAC VICE***

  Pursuant to S. D. Ind. Local Rule 83-6(a), Benjamin S. Thomassen respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Alan Rackemann in the above-styled cause only. In support of this motion, the undersigned states:

  1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Court of Appeals for the Ninth Circuit (2012), Northern District of Illinois (2011), Eastern District of Michigan (2014), District of Colorado (2016), and the Illinois Supreme Court (2011).

  2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

1

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:                                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s Benjamin S. Thomassen
　　　　　　　　　　　　　　　　　　　　Benjamin S. Thomassen
　　　　　　　　　　　　　　　　　　　　EDELSON PC
　　　　　　　　　　　　　　　　　　　　350 North LaSalle Street, 13th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　　Tel: 312.589.6380
　　　　　　　　　　　　　　　　　　　　Fax: 312.589.6378
　　　　　　　　　　　　　　　　　　　　bthomassen@edelson.com

**CERTIFICATE OF SERVICE**

I certify that on March 2, 2017, a copy of the foregoing Motion to Appear *Pro Hac Vice* was filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

　　Rafey S. Balabanian
　　Eve-Lynn Rapp
　　EDELSON PC
　　123 Townsend Street, Ste. 100
　　San Francisco, CA 94107

　　Jesse Jenike-Godshalk
　　THOMPSON HINE LLP
　　312 Walnut Street
　　Suite 1400
　　Cincinnati, OH 45202

Thomas L. Feher
Thomas F. Zych
Wayne M. Serra
THOMPSON HINE LLP
127 Public Square, Ste. 3900
Cleveland, OH 44113

Jerrold G. Neeff
THE BOSTONIAN LAW GROUP
33 Kingston Street
Fourth Floor
Boston, MA 02111

Eric C. Bosset
Katharine Goodloe
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956

John P. Pucci
Michael D. Roundy
BULKLEY RICHARDSON & GELINAS
1500 Main Street
Suite 2700
PO Box 15507
Springfield, MA 01115-5507

/s Benjamin S. Thomassen
Benjamin S. Thomassen
EDELSON PC
350 North LaSalle Street, 13 Floor
Chicago, Illinois 60654
Tel: 312.589.6380
Fax: 312.589.6378
bthomassen@edelson.com

3