IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated, *Plaintiff*, v. LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC., a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation, *Defendants*. | Case No. 1:17-cv-00624-TWP-MJD  Presiding Judge: Hon. Tanya Walton Pratt  Magistrate Judge: Hon. Mark J. Dinsmore |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff Alan Rackemann ("Plaintiff"), through his undersigned counsel, respectfully moves this Court for leave to file his Combined Response in Opposition to Defendants' Motions to Dismiss. In support of this motion, Plaintiff states as follows:

1. On November 18, 2016, Plaintiff filed this case in the District of Massachusetts, *Rackemann v. Lisnr, Inc et al.,* Case No. 3:16-cv-12326-MGM (D. Mass.).

2. On January 23, 2017, Defendants Lisnr, Inc., Adept Mobile, LLC, and Indianapolis Colts, Inc., each filed Rule 12 motions to dismiss and/or transfer. (*See* Dkt. Nos. 35, 33, and 32.)

3. On February 3, 2017, Plaintiff received leave to file a consolidated response to the Defendants' motions to dismiss and/or transfer. (*See* Dkt. No. 44.)

4. On February 21, 2017, and prior to the filing of Plaintiff's combined response, the Parties stipulated to the transfer of this matter to the Southern District of Indiana. (*See* Dkt. No. 45.) For the sake of conserving resources, the Parties agreed that the transferee court should consider and rule upon the Defendants' motions to dismiss, and that Plaintiff would file his consolidated response to those motions within three days of transfer. (*Id.*) However, because the transferor court did not rule on the Parties stipulation until the following day, Plaintiff filed his consolidated response brief so as to not violate the transferor court's scheduling order. (Dkt. No. 46).

5. On February 22, 2017, the District of Massachusetts court entered an order granting the Parties' stipulation to transfer this case to the Southern District of Indiana, (Dkt. No. 47), and, on February 28, 2017, transferred the case to this District, (Dkt. No. 48).

6. Following the transferor court's order on the Parties stipulation, counsel for the Parties confirmed that—consistent with their stipulation—Plaintiff would re-file his consolidated response brief within three days of transfer.

7. Counsel for Plaintiff conferred with counsel for Defendants on March 2 and 3, 2017 and confirmed that no Defendant opposes the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting him leave to file his Amended Combined Opposition to Defendants' Motions to Dismiss, attached hereto as Exhibit A, *instanter*, and striking the Combined Opposition to Defendants' Motion to Dismiss currently on file at docket number 46.

Respectfully submitted,

**ALAN RACKEMANN**, individually and on behalf of all others similarly situated,

Dated: March 3, 2017                   By: s/William E. Winingham

William E. Winingham, #1309-49
Wilson Kehoe Winingham LLC
2859 N. Meridian Street
Indianapolis, IN 46208
Tel: 317-920-6400
Fax: 317-920-6405
Email: winingham@wkw.com

    One of Plaintiff's Attorneys

Rafey S. Balabanian (*pro hac vice* admittance to be sought)
rbalabanian@edelson.com
Eve-Lynn J. Rapp (*pro hac vice* admittance to be sought)
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin S. Thomassen
(*pro hac vice* application filed)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6380
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Classes*

## **CERTIFICATE OF SERVICE**

      I, William E. Winingham, an attorney, hereby certify that on March 3, 2017, I served the above and foregoing to by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                                  s/William E. Winingham
                                                                  William E. Winingham, #1309-49