IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC., a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation,<br><br>*Defendants*. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Presiding Judge: Hon. Tanya Walton Pratt<br><br>Magistrate Judge: Hon. Mark J. Dinsmore |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

This cause has come before the Court upon Plaintiff Alan Rackemann's Motion for Leave to File his Amended Combined Opposition to Defendants' Motions to Dismiss. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

1. Plaintiff's Amended Combined Opposition to Defendants' Motions to Dismiss, which is attached as Exhibit A to Plaintiff's Motion for Leave, is deemed filed.

2. Plaintiff's Combined Opposition to Defendants' Motions to Dismiss, (dkt. No. 46), is stricken.

Dated: _____

_____
Hon. Tanya Walton Pratt
United States District Court
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF