# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN RACKEMANN, <br><br>                        Plaintiff, <br><br>          v. <br><br> LISNR, INC. *et al.*, <br><br>                        Defendants. | Case No. 1:17-cv-00624-TWP-MJD <br><br> Judge Tanya Walton Pratt <br><br> Magistrate Mark J. Dinsmore |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S.D. Ind. L.R. 83-6, Jesse Jenike-Godshalk moves this Court for entry of an order granting him leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of LISNR, Inc. in the above-captioned case only.  In support of this motion, the undersigned states:

1. I am admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts or the highest courts of any state: the State of Ohio and the United States District Court for the Southern District of Ohio.

2. I am not currently and have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, and have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and will abide by these rules.

4. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with this filing of this motion.

Wherefore, the undersigned counsel requests that this Court enter an order granting him leave to appear *pro hac vice* for purposes of this case only.

Respectfully submitted,

 */s/ Jesse Jenike-Godshalk*_____
Jesse Jenike-Godshalk
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: 513-352-6702
Fax: 513-241-4771
Jesse.Godshalk@ThompsonHine.com

*An Attorney for Defendant LISNR, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 6, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                    _/s/ Jesse Jenike-Godshalk_