UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

17 MAR -9 PM 2: 58

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| ALAN RACKEMANN | ) |
| | ) Case No. 1:17- cv-00624-TWP-MJD |
| Plaintiff, | ) |
| | ) Judge Tanya Walton Pratt |
| v. | ) |
| | ) Magistrate Mark J. Dinsmore |
| LISNR, INC. et. al. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO APPEAR PRO HAC VICE

1. Pursuant to S.D. Ind. L.R. 83-6, Attorney Jerrold G. Neeff hereby moves this Court for an entry of an Order granting him leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Adept Mobile, LLC. In support of this Motion, the undersigned so provides the following:

2. I am currently admitted to practice law, currently in active status, and in god standing as an Attorney in the following United States Courts; the Commonwealth of Massachusetts and the United States Court of Appeals for the First Circuit.

3. I am not currently and have never been disbarred or suspended from practice before any Court, department, bureau or commission of any State or the United States, and have never received a reprimand or been subject to other disciplinary action from any such Court, department bureau or commission pertaining to conduct or fitness as a member of the Bar.

4. I certify that I have reviewed the Seventh Circuit Standards of Professional Conduct and the Local Rules of court, including the Rules Disciplinary Enforcement, and will abide by these rules.

5. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fee required to process this Motion has been submitted herewith to the Clerk of this Court.

WHEREFORE, the undersigned counsel requests that this Court enter an Order granting him leave to appear *pro hac vice* for purposes of this case only in accordance with the Proposed Order submitted herewith.

/s/ Jerrold G. Neeff
Jerrold G. Neeff
BBO No. 635307
The Bostonian Law Group
30 Newbury St., Third Fl.
Boston, MA 02116
P. 617-312-4904
Jerry@Bostonianlaw.com

*Attorney for Defendant, Adept Mobile, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON MARCH 8, 2017, A COPY OF THE FOREGOING WAS SERVED ON THE FOLLOWING VIA EMAIL:

Erica Mirabella
erica@mirabellallc.com,

Rafey S. Balabanian
rbalabanian@edelson.com,

Eve-Lynn Rapp
erapp@edelson.com,

Benjamin Thomassen
bthomassen@edelson.com,

Michael Roundy
mroundy@bulkley.com,

John Pucci
jpucci@bulkley.com,

Eric Bosset
ebosset@cov.com,

Katharine Goodloe
kgoodloe@cov.com

Thomas Barnard
tbarnard@taftlaw.com

William Winingham
winingham@wkw.com

Jesse.Jenike-Godshalk@thompsonhine.com