UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN RACKEMANN<br><br>                Plaintiff,<br><br>v.<br><br>LISNR, INC. *et al.*,<br><br>                Defendants. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S.D. Ind. L.R. 83-6, Thomas Feher moves this Court for entry of an order granting him leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of LISNR, Inc. in the above-captioned case only. In support of this motion, the undersigned states:

1. I am admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts or the highest courts of any state: the State of Ohio; the District of Columbia; the United States Supreme Court; the United States Circuit Courts of Appeals for the Sixth and Eleventh Circuits; and the United States District Courts for the District of Columbia, the Northern District of Ohio, and the Southern District of Ohio.

2. I am not currently and have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, and have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and will abide by these rules.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion has been submitted to the Clerk of this Court.

Wherefore, the undersigned counsel requests that this Court enter an order granting him leave to appear *pro hac vice* for purposes of this case only.

Respectfully submitted,

Thomas Feher
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Phone: 216-566-5532
Fax: 216-566-5800
Tom.Feher@ThompsonHine.com

*An Attorney for Defendant LISNR, Inc.*

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 8, 2017, a copy of the foregoing was served on the following via email:

Erica C. Mirabella
erica@mirabellallc.com

Rafey S. Balabanian
rbalabanian@edelson.com

Eve-Lynn J. Rapp
erapp@edelson.com

Benjamin S. Thomassen
bthomassen@edelson.com

Michael D. Roundy
mroundy@bulkley.com

John P. Pucci
jpucci@bulkley.com

Eric C. Bosset
ebosset@cov.com

Katharine R. Goodloe
kgoodloe@cov.com

Jerrold G. Neeff
Jerry@Bostonianlaw.com

Thomas A. Barnard
tbarnard@taftlaw.com

William E. Winingham
winginham@wkw.com

*[signature]*