UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ALAN RACKEMANN

                Plaintiff,

v.

LISNR, INC. *et al.*,

                Defendants.

Case No. 1:17-cv-00624-TWP-MJD

Judge Tanya Walton Pratt

Magistrate Mark J. Dinsmore

## **DEFENDANT LISNR, INC.'S LOCAL RULE 16-2 STATEMENT**

Pursuant to Local Rule 16-2, LISNR makes the following statement of position as to what action the court should take in the present case, which was recently transferred from the U.S. District Court for the District of Massachusetts. It is LISNR's position that the Complaint does not describe anything that can be characterized as a violation of the Electronic Communications Privacy Act and that LISNR's technology does not intercept or record human communications. Moreover, LISNR only supplies technology to its customers. It did not create or market the "app" in question, has no interaction with the Plaintiff or the public, and therefore cannot be liable for what Plaintiff (falsely) alleges occurs with the "app." The Court should grant LISNR's Motion to Dismiss Under Rule 12(b)(6) (Dkt. 34) for failure to state a claim upon which relief can be granted and should dismiss all claims against LISNR with prejudice.

Respectfully submitted,

 /s/ Thomas Feher
Thomas Feher (*pro hac vice*)
Thomas F. Zych (*pro hac vice*)
Thompson Hine LLP
3900 Key Center
127 Public Square

1

        Cleveland, Ohio  44114
        Phone: 216-566-5605
        Fax: 216-566-5800
        Tom.Feher@ThompsonHine.com
        Tom.Zych@ThompsonHine.com

        Jesse Jenike-Godshalk (*pro hac vice*)
        Thompson Hine LLP
        312 Walnut Street, Suite 1400
        Cincinnati, Ohio 45202
        Phone: 513-352-6702
        Fax: 513-241-4771
        Jesse.Godshalk@ThompsonHine.com

        *Attorneys for Defendant LISNR, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 21, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ Thomas Feher_____