UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN RACKEMANN, <br><br> Plaintiff, <br><br> v. <br><br> LISNR, INC. et. al. <br><br> Defendants. | Case No. 1:17- cv-00624-TWP-MJD <br><br> Judge Tanya Walton Pratt <br><br> Magistrate Mark J. Dinsmore |

### DEFENDANT, ADEPT MOBILE, LLC'S LOCAL RULE 16-2 STATEMENT

Pursuant to Local Rule 16-2, Adept Mobile, LLC ("Adept") makes the following statement of position as to what action the court should take in the present case, which was recently transferred from the U.S. District Court for the District of Massachusetts. It is Adept's position that the Complaint does not describe anything that can be characterized as a violation of the Electronic Communications Privacy Act and that LISNR's technology does not intercept or record human communications. As such, the Court should grant Adept's Motion to Dismiss Under Rule 12(b)(6) for failure to state a claim upon which relief can be granted and should dismiss all claims against Adept with prejudice.

Respectfully submitted,

/s/ Jerrold G. Neeff_____
Jerrold G. Neeff
BBO No. 635307
The Bostonian Law Group
30 Newbury St., Third Fl.
Boston, MA 02116

P. 617-312-4904
Jerry@Bostonianlaw.com
Admited Pro Hac Vice