UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LISNR, INC., ) <br> ADEPT MOBILE, LLC, ) <br> INDIANAPOLIS COLTS, INC., ) <br> ) <br> Defendants. ) | No. 1:17-cv-00624-TWP-MJD |

## SCHEDULING ORDER
### HON. MAGISTRATE JUDGE MARK J. DINSMORE

This matter is scheduled for a telephonic initial pretrial conference on **Friday, May 19, 2017 at 4:00 p.m. (Eastern)**. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system. The parties shall file a proposed Case Management Plan ("CMP") no fewer than **seven days** before the pretrial conference. Unless the parties agree there are good reasons for a departure, the CMP shall be in the format set forth in the model CMP found on the Court's website (www.insd.uscourts.gov).

In advance of the initial pretrial conference, counsel shall plan for discovery and conduct the conference required by Fed. R. Civ. P. 26(f). *If this case has been brought as a class action, the parties must discuss during preparation of this case management plan (1) a deadline for filing the class certification motion; (2) whether the motion for class certification is likely to be opposed; (3) a briefing schedule for the class certification motion; (4) the scope of discovery, if any, necessary for completion of class certification briefing and consideration of the motion by the*

*court; (5) if expert opinion will be offered on the class certification issues, deadlines for service of the parties' expert disclosures and their relationship to the briefing schedule; and (6) deadlines for discovery on class certification issues, including expert discovery. In all events, however, the district court will decide the appropriate juncture in the case for determination of the class certification motion, consistent with Fed.R.Civ.P. 23(c).*

Represented parties shall attend the initial pretrial conference by counsel. Clients are not required (but are permitted) to attend this conference. Counsel who attend the conference must have their appearance on file. Counsel and pro se parties should be prepared to discuss the following with specificity: (1) legal issues in the case; (2) all known facts that support any issue, claim, or defense, including any claim for or defense to damages; (3) the scope of damages; (4) the plan for discovery, including any particular discovery issues or problems counsel have identified; and (5) the parties' position with respect to settlement, including any outstanding settlement demand or offer.

SO ORDERED.

Dated: 10 APR 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Erica C Mirabella
132 Boylston Street
Boston, MA 02116

Jerrold G. Neeff
BOSTONIAN LAW GROUP

jerry@bostonianlaw.com

John P. Pucci
Bulkley Richardson & Gelinas
1500 Main Street
Suite 2700
PO Box 15507
Springfield, MA 01115-5507

Michael D. Roundy
Bulkley Richardson & Gelinas
1500 Main Street
Suite 2700
PO Box 15507
Springfield, MA 01115-5507

Eric C. Bosset
COVINGTON & BURLING LLP
ebosset@cov.com

Katharine Goodloe
COVINGTON & BURLING LLP
kgoodloe@cov.com

Benjamin Thomassen
EDELSON PC
bthomassen@edelson.com

Rafey S. Balabanian
EDELSON PC
rbalabanian@edelson.com

Benjamin S. Thomassen
Edelson PC
350 North LaSalle Street, Ste. 1300
Chicago, IL 60654

Eve-Lynn Rapp
Edelson PC
123 Townsent Street, Ste. 100
San Francisco, CA 94107

Thomas A. Barnard
TAFT STETTINIUS & HOLLISTER LLP
tbarnard@taftlaw.com

Thomas F. Zych
THOMPSON HINE LLP
tom.zych@thompsonhine.com

Thomas L. Feher
THOMPSON HINE LLP (Cleveland)
tom.feher@thompsonhine.com

Jesse  Jenike-Godshalk
THOMSPON HINE LLP
Jesse.Jenike-Godshalk@ThompsonHine.com

Wayne M. Serra
Thompson Hine LLP
127 Public Square
Cleveland, OH 44114