IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Alan Rackemann, individually and on behalf of all others similarly situated,<br><br>              *Plaintiff*,<br><br>  v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC., a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation,<br><br>              *Defendants*. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Hon. Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**MOTION TO APPEAR *PRO HAC VICE***

    Pursuant to S. D. Ind. Local Rule 83-6(a), Rafey S. Balabanian respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Alan Rackemann, in the above-styled cause only.  In support of this motion, the undersigned states:

    1.  I am admitted to practice and in good standing in the following United States court(s) and/or state's highest court(s): the State of Illinois (2005), United States District Court for the Northern and Central Districts of Illinois (2006 and 2009, respectively), United States District Court for the Northern District of Florida (2011), the United States District Court for the District of Colorado (2012), the United States District Court Eastern and Western District of Michigan (2012 and 2013, respectively) and the United States Court of Appeals for the Seventh and Ninth Circuits (2008 and 2010, respectively).

    2.  I am not currently and have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

  3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

  4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* is waived pursuant to Judge Dinsmore's Order. (Dkt. 79.)

  WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: April 25, 2017    Respectfully submitted,

              <u>/s/Rafey S. Balbanian</u>
              Rafey S. Balbanian
              Edelson PC
              123 Townsend St, Suite 100
              San Francisco, CA 94107
              Tel: 415.212.9300
              Fax: 415.373.9435
              rbalbanian@edelson.com

**CERTIFICATE OF SERVICE**

I certify that on April 25, 2017 a copy of the foregoing Motion to Appear *Pro Hac Vice* was served on the following via e-mail:

Jesse Jenike-Godshalk
Jesse.Jenike-Godshalk@ThompsonHine.com

Thomas L. Feher
Tom.feher@thompsonhine.com

Thomas F. Zych
Tom.zych@thompsonhine.com

Wayne M. Serra
Wayne.serra@thompsonhine.com

Jerrold G. Neeff
jerry@bostonianlaw.com

Eric C. Bosset
ebosset@cov.com

Katharine R. Goodloe
kgoodloe@cov.com

Michael D. Roundy
mroundy@bulkey.com

John P. Pucci
jpucci@bulkley.com

Thomas A. Barnard
tbarnard@taftlaw.com

                                            /s/Rafey S. Balabanian
                                            Rafey S. Balabanian