IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC., a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation,<br><br>*Defendants*. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Hon. Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* CORRECTED MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO APPOINT EXPERT**

Plaintiff Alan Rackemann ("Plaintiff") hereby seeks leave to file, *instanter*, a corrected version of his Opposition to Defendants' Motion to Appoint Expert ("Opposition"). (*See* Filing No. 95.) After reviewing the filed and stamped version of the Opposition, Plaintiff discovered that not all of the hyperlinks embedded in his brief remained live after filing. Given the Court's preference for hyperlinked citations, Plaintiff therefore seeks leave to file a corrected copy of the Opposition, a copy of which is attached hereto as Exhibit A. Apart from repairing the broken hyperlinks, the content of Exhibit A is identical to the previously-filed Opposition.

Counsel for Plaintiff conferred with counsel for Defendants on June 1, 2017 regarding this request. No Defendant opposes the relief requested herein.

Wherefore, Plaintiff respectfully requests leave to file, *instanter*, Exhibit A as a corrected version of the Opposition.

1

Respectfully submitted,

Dated: June 1, 2017

**ALAN RACKEMANN**, individually and on behalf of all others similarly situated,

By: /s/ Benjamin Thomassen
One of Plaintiff's Attorneys

Benjamin S. Thomassen (admitted *pro hac vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6380
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Classes*

## CERTIFICATE OF SERVICE

I, Benjamin Thomassen, hereby certify that on June 1, 2017, I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 1st day of June 2017.

/s/ Benjamin Thomassen