UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALAN RACKEMANN, individually and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:17-cv-00624-TWP-MJD |
| LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC, a Massachusetts Limited LiabilityCompany, and INDIANAPOLIS COLTS, INC., an Indiana Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO APPEAR PRO HAC VICE
FILED ON BEHALF OF ATTORNEY DAVID J. BENDER**

Thomas A. Barnard of the law firm Taft Stettinius & Hollister LLP, pursuant to S. D. Ind. Local Rule 83-6(a), moves this court for an Order granting David J. Bender of Covington & Burling LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, Indianapolis Colts, Inc., in the above-styled cause only.  In support of this motion, the undersigned states:

1. The Certification of David J. Bender, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

2. Electronic payment in the amount One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting David J. Bender leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

*/s/ Thomas A. Barnard*
Thomas A. Barnard, Attorney No. 4011-49
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone:  317.713.3500
Facsimile:   317.713.3699
tbarnard@taftlaw.com

*Defendant, Indianapolis Colts, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2017, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney David J. Bender was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Thomas A. Barnard*