IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC., a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation,<br><br>*Defendants*. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Hon. Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
EXTEND DEADLINE TO SERVE EXPERT DISCLOSURES**

This cause is before the Court upon Plaintiff Alan Rackemann's Unopposed Motion to Extend Deadline to Serve Expert Disclosures. [Dkt. 126.] Plaintiff's motion is hereby GRANTED. Paragraph III(G) of the approved Case Management Plan [Dkt. 94 at 5] is hereby amended as follows:

> G. If a party intends to use expert testimony in connection with Plaintiff's anticipated motion for class certification, such expert disclosures must be served on opposing counsel **no later than October 13, 2017**. If such expert disclosures are served the parties shall confer **within 7 days** to stipulate to a date for responsive disclosures (if any) and completion of expert discovery necessary for efficient resolution of the anticipated motion for class certification. The parties shall make good faith efforts to avoid requesting enlargements of the dispositive motions deadline and related briefing deadlines. Any proposed modifications of the CMP deadlines or briefing schedule must be approved by the court.

All other requirements of the approved Case Management Plan [Dkt. 94] remain in effect.

Dated: 20 SEP 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.