UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:17-cv-00624-TWP-MJD |
| ) | |
| LISNR, INC., ) | |
| ADEPT MOBILE, LLC, ) | |
| INDIANAPOLIS COLTS, INC., ) | |
| ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR OCTOBER 10, 2017
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery. With the agreement of the parties, the Court hereby amends the approved Case Management Plan as amended [Dkts. 94 & 127] as follows:

### III. PRETRIAL PLEADINGS AND DISCLOSURES

G. If a party intends to use expert testimony in connection with Plaintiff's anticipated motion for class certification, such expert disclosures must be served on opposing counsel **no later than November 13, 2017**. If such expert disclosures are served the parties shall confer **within 7 days** to stipulate to a date for responsive disclosures (if any) and completion of expert discovery necessary for efficient resolution of the anticipated motion for class certification. The parties shall make good faith efforts to avoid requesting enlargements of the dispositive motions deadline and related briefing deadlines. Any proposed modifications of the CMP deadlines or briefing schedule must be approved by the court.

### IV. DISCOVERY AND DISPOSITIVE MOTIONS

C. Any discovery relating to class certification issues shall be completed by **December 13, 2017**. Plaintiff's motion for class certification shall be filed by **January 8, 2018**; Defendants shall file any response to the class certification motion on or before

**February 5, 2018**, and Plaintiff shall file any reply in support of the motion on or before **February 26, 2018**.

All other requirements of the approved Case Management Plan as amended [Dkts. 94 & 127] remain in effect.

Also with the agreement of the parties, the time for Defendants to respond to the Complaint is enlarged to and including **October 23, 2017**. In addition, the time for Defendant Adept Mobile, LLC to respond to Plaintiff's interrogatories is also enlarged to and including **October 23, 2017**.

SO ORDERED.

Dated: 16 OCT 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.