UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN RACKEMANN, <br><br> Plaintiff, <br><br> v. <br><br> LISNR, INC. *et al.*, <br><br> Defendants. | Case No. 1:17-cv-00624-TWP-MJD <br><br> Judge Tanya Walton Pratt <br><br> Magistrate Mark J. Dinsmore |

**DEFENDANTS' MOTION FOR FEES PURSUANT TO
OCTOBER 31, 2017 ORDER ON MOTION TO COMPEL**

Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and this Court's Order dated October 31, 2017 (Dkt. 162), Defendants LISNR, Inc. ("LISNR") and Indianapolis Colts, Inc. (the "Colts") (collectively, "Defendants") move for an order directing Plaintiff and his counsel, jointly and severally, to pay Defendants their reasonable attorneys' fees incurred in making their Motion to Compel Plaintiff to Produce Documents and Information Regarding the "Forensic Accounting" (Dkt. 130), which amount to $26,412.00 for LISNR and $25,000.00 for the Colts. This motion is supported by the attached memorandum, declarations, and exhibits. A proposed order is attached for the Court's consideration.

Respectfully submitted,

/s/ *Kevin Kelly*
Eric C. Bosset (*pro hac vice*)
Kevin Kelly (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: 202-662-5606
Fax: 202-778-5606

    Email: ebosset@cov.com
       kkelly@cov.com

Thomas A. Barnard
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204
Tel: 317-713-3500
Fax: 317-713-3699
Email: tbarnard@taftlaw.com

*Attorneys for Defendant Indianapolis Colts, Inc.*

/s/ *Jesse Jenike-Godshalk*
Thomas Feher (*pro hac vice*)
Thomas F. Zych (*pro hac vice*)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Phone: 216-566-5605
Fax: 216-566-5800
Tom.Feher@ThompsonHine.com
Tom.Zych@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: 513-352-6702
Fax: 513-241-4771
Jesse.Godshalk@ThompsonHine.com

*Attorneys for Defendant LISNR, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above motion and attached proposed order were served upon counsel of record via operation of the Court's electronic filing system and also upon the following counsel by first class mail on November 14, 2017:

David O. Tittle
Bingham Greenebaum Doll LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Thomas Feher
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114

Benjamin S. Thomassen
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654

/s/  Kevin Kelly