UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ALAN RACKEMANN, )
)
                Plaintiff, )
)
                vs. )      No. 1:17-cv-00624-TWP-MJD
)
LISNR, INC., )
ADEPT MOBILE, LLC, )
INDIANAPOLIS COLTS, INC., )
)
                Defendants. )

**MINUTE ENTRY FOR NOVEMBER 16, 2017
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery.

The Court and parties discussed Defendants' Motion for Fees Pursuant to October 31, 2017 Order on Motion to Compel [Dkt. 168]; the Court, *sua sponte*, enlarges the time for Plaintiff to respond to the motion to and including **December 20, 2017**, and for Defendants to file any reply in support of the motion to and including **January 12, 2018**.

Plaintiff reported serving an expert report in compliance with paragraph III(G) of the approved Case Management Plan as amended [Dkt. 149 at 1]; Defendants did not serve any expert reports pursuant to that paragraph. With the agreement of the parties, Defendants shall serve any rebuttal expert reports so that they are **received** by counsel for Plaintiff on or before **December 13, 2017**. Such reports shall be limited to rebutting the opinions set forth in Plaintiff's expert report. In order to minimize any delay to the current schedule, the Court

requested that the parties work together to schedule the depositions of Defendants' rebuttal experts in advance of their disclosure so that those depositions may be completed at the earliest reasonable opportunity following the disclosure (preferably on or before December 22, 2017), with the understanding that Plaintiff may cancel such deposition(s) after the rebuttal expert's disclosures have been made and reviewed.

Plaintiff orally moved for a one week enlargement of time to respond to Defendant LISNR, Inc.'s counterclaim [Dkt. 166]; without objection, the Court **GRANTS** Plaintiff's motion and the time for Plaintiff to respond to Defendant LISNR, Inc.'s counterclaim is hereby enlarged to and including **December 11, 2017**.

In light of the scheduling changes set forth herein, the Court instructed the parties to confer regarding the deadlines set forth in paragraph IV(C) of the approved Case Management Plan as amended [Dkt. 149 at 1-2], and to file a motion to amend those deadlines as necessary.

This matter is scheduled for a telephonic status conference on **Thursday, December 14, 2017 at 3:40 p.m.** (**Eastern**) to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated: 16 NOV 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.