IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC, a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation<br><br>Defendant. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Hon. Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**PLAINTIFF ALAN RACKEMANN'S STATEMENT
AUTHORIZING UNSEALING OF DOCUMENTS**

Plaintiff Alan Rackemann, pursuant to Local Rule 5-11(d)(3) and in response to Defendants' Motions to Maintain Documents Under Seal (dkts. 167, 172), hereby authorizes the unsealing of the following documents (collectively, the "Documents"):

(i) Defendant LISNR's Amended Answer and Counterclaims ("Answer") (dkt. 166),

(ii) Defendants' Motion for Fees Pursuant to October 31, 2017 Order on Motion to Compel (dkt. 170), and

(iii) Exhibits B and D to the Declaration of Kevin Kelly in Support of Defendants' Motion for Fees, (dkts 170-2, 170-4).

While the Documents quote from, attach, or otherwise reference information that Plaintiff has designated "Confidential," or is provisionally-protected deposition testimony, under the Protective Order entered in this case, (dkt. 112), Plaintiff does not object to the unsealing of the Documents or the exhibits attached thereto.

1

|                              |                                                                                                 |
|------------------------------|-------------------------------------------------------------------------------------------------|
|                              | Respectfully submitted,                                                                         |
|                              | ALAN RACKEMANN, individually and on behalf of a class of similarly situated individuals         |
| Dated: November 27, 2017     | By: /s/ Benjamin S. Thomassen<br>One of Plaintiff's attorneys                                   |

Rafey S. Balabanian (admitted *pro hac vice*)
rbalabanian@edelson.com
Eve-Lynn J. Rapp (admitted *pro hac vice*)
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin S. Thomassen (admitted *pro hac vice*)
bthomassen@edelson.com
Amir C. Missaghi
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Ilinois 60654
Tel: 312.589.6380
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Classes*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2017, I served a true copy of the foregoing to all counsel of record by causing a copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

      /s/ Benjamin S. Thomassen