UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, | ) |
|        Plaintiff, | ) |
|        v. | ) No. 1:17-cv-00624-TWP-MJD |
| LISNR, INC., et al. | ) |
|        Defendants. | ) |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Defendants' *Motion to Maintain Document Under Seal*. [Dkt. 172.] Defendant seeks to seal its Memorandum in Support of Motion for Attorney Fees Pursuant to October 31, 2017, Order on Motion to Compel [Dkt. 169][1]; the Declaration of Kevin Kelly in Support of Defendants' Motion for Fees [Dkt. 170]; and Exhibits B and D to the Kelly Declaration [Dkt. 170-2 and 170-4] because they include information designated by Plaintiff as confidential under the parties' Protective Order.

On November 27, 2017, Plaintiff filed a Statement Authorizing Unsealing of Documents indicating Dkt. 170, Dkt. 170-2, and Dkt. 170-4 may be unsealed. Plaintiff further indicated "Defendants' Motion for Fees Pursuant to October 31, 2017 Order on Motion to Compel (dkt. 170)" could be unsealed. [Dkt. 181 at 1.] It appears to the Court that Plaintiff intended to authorize the unsealing of Defendants' Memorandum in Support (as the underlying motion was

---

[1] Defendants' motion seeks to seal the **Motion** for Attorney Fees Pursuant to October 31, 2017, Order on Motion to Compel [Dkt. 168]; however, as that document was not filed under seal, it appears Defendants intended to seek sealing of the Memorandum [Dkt. 169].

not filed under seal); however, Plaintiff also referred to the document by the incorrect docket number. Plaintiff filed nothing in support of maintaining a seal on any of the relevant documents.

Consequently, based upon the Court's interpretation of Defendants' Motion and Plaintiff's Statement Authorizing Unsealing of Documents, the Court **DENIES** Defendants' Motion. [Dkt. 172] and directs the Clerk to unseal Dkt. 169, Dkt. 170, Dkt. 170-2, and Dkt. 170-4. The Court requests both parties to pay closer attention to the accuracy of document names and docket numbers in future filings.

Dated:  30 NOV 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Rafey S. Balabanian
EDELSON PC
rbalabanian@edelson.com

Thomas A. Barnard
TAFT STETTINIUS & HOLLISTER LLP
tbarnard@taftlaw.com

David J. Bender
COVINGTON & BURLING LLP
dbender@cov.com

Eric C. Bosset
COVINGTON & BURLING LLP
ebosset@cov.com

Thomas L. Feher
THOMPSON HINE LLP (Cleveland)
tom.feher@thompsonhine.com

Katharine Goodloe
COVINGTON & BURLING LLP
kgoodloe@cov.com

Jesse Jenike-Godshalk
THOMSPON HINE LLP
Jesse.Jenike-Godshalk@ThompsonHine.com

Kevin Kelly
COVINGTON & BURLING LLP
kkelly@cov.com

John F. McCauley
BINGHAM GREENEBAUM DOLL LLP (Indianapolis)
jmccauley@bgdlegal.com

Erica C Mirabella
132 Boylston Street
Boston, MA 02116

Amir Missaghi
EDELSON PC
amissaghi@edelson.com

Eve-Lynn Rapp
EDELSON PC
erapp@edelson.com

Benjamin Thomassen
EDELSON PC
bthomassen@edelson.com

David O. Tittle
BINGHAM GREENEBAUM DOLL LLP (Indianapolis)
dtittle@bgdlegal.com

Thomas F. Zych
THOMPSON HINE LLP
tom.zych@thompsonhine.com