UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Alan Rackemann, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC., a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation,<br><br>*Defendants*. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Hon. Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY BENJAMIN H. RICHMANN**

**Benjamin Thomassen** of the law firm **Edelson PC**, pursuant to S. D. Ind. Local Rule 83-6(a), herby moves this court for an order granting **Benjamin H. Richman** of **Edelson PC**, leave to appear *pro hac vice* for the purpose of appearing as counsel of behalf of **Alan Rackemann** in the above-styled cause only. In support of this motion, the undersigned states:

1. The certification of **Benjamin H. Richman**, as required by S. D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting **Benjamin H. Richman** leave to appear *pro hac vice* for the purposes of this cause only.

Dated: December 8, 2017

Respectfully submitted,

    /s/ Benjamin Thomassen
Benjamin Thomassen
EDELSON, PC
350 North LaSalle, Suite 1300
Chicago, Illinois
Tel: 312.572.7208
Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 8, 2017**, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney **Benjamin H. Richman** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

    /s/ Benjamin Thomassen]
Benjamin Thomassen
EDELSON, PC
350 North LaSalle, Suite 1300
Chicago, Illinois
Tel: 312.572.7208
Fax: 312.589.6378
bthomassen@edelson.com