UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| ALAN RACKEMANN | Case No. 1:17-cv-00624-TWP-MJD |
| Plaintiff, | Judge Tanya Walton Pratt |
| v. | Magistrate Mark J. Dinsmore |
| LISNR, INC. *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

This matter is before the Court on Defendants' *Motion to Maintain Documents Under Seal*. Being fully advised, it is now ORDERED that the Motion is GRANTED. Pursuant to Local Rule 5-11, the following documents shall remain under seal:

| Docket Number | Document Title |
|---|---|
| 185 | Defendants' Response in Opposition to Plaintiff's Motion for Leave to Amend Complaint and Scheduling Order ("Opposition to Amend") |
| 186 | Declaration of Kevin Kelly (the "Kelly Declaration") |
| 186-3 | Exhibit C to the Kelly Declaration |
| 186-6 | Exhibit F to the Kelly Declaration |
| 186-7 | Exhibit G to the Kelly Declaration |
| 186-11 | Exhibit K to the Kelly Declaration |
| 186-16 | Exhibit P to the Kelly Declaration |
| 186-17 | Exhibit Q to the Kelly Declaration |

SO ORDERED.

Dated: _____

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.