# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN RACKEMANN<br><br>                Plaintiff,<br><br>   v.<br><br>LISNR, INC. *et al.*,<br><br>                Defendants. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

## DEFENDANT LISNR'S MOTION TO MAINTAIN SUPPLEMENTAL MEMORANDUM IN OPPOSITION UNDER SEAL

Pursuant to S.D. Ind. L.R. 5-11, Defendant LISNR ("LISNR") moves the Court for an order maintaining under seal portions of LISNR's Supplemental Memorandum in Opposition to Plaintiff's Motion for Leave to Amend Complaint and Scheduling Order ("Memorandum").

On July 6, 2017, the Court entered a Protective Order in this case. (Dkt. 112.) The Protective Order states that "[t]he parties shall comply with Local Rule 5-11 when filing material designated as protected information pursuant to this order." (*Id.* at § IX.) On December 11, 2017, LISNR is filing its Memorandum.

The Memorandum cites to and describes the content of the Expert Witness Report of Andrew C. Blaich ("Blaich Report"), which is attached as Ex. P (Dkt. 186-16) to the Declaration of Kevin Kelly (Dkt. 186) in support of defendants' joint Response In Opposition to Plaintiff's Motion For Leave to Amend Complaint and Scheduling Order (Dkt. 185). Plaintiff has designated the Blaich Report "Restricted Confidential Source Code." It contains opinions of Plaintiff's putative expert that reference the source code of LISNR and Defendant Adept Mobile LLC ("Adept"), which LISNR and Adept have designated "Restricted Confidential Source Code."

Consistent with S.D. Ind. L.R. 5-11(d)(3), LISNR is filing an unredacted version of the Memorandum under seal and is filing a redacted version publicly. In the redacted version, LISNR has only redacted material derived from the Blaich Report. LISNR asks that the Court maintain the unredacted version of the Memorandum under seal. In support of this Motion, LISNR is filing a Brief in Support of Motion to Maintain Supplemental Memorandum in Opposition Under Seal, along with a Proposed Order for the Court's consideration.

Respectfully submitted,

 /s/ Jesse Jenike-Godshalk
Thomas Feher (*pro hac vice*)
Thomas F. Zych (*pro hac vice*)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114
Phone: 216-566-5605
Fax: 216-566-5800
Tom.Feher@ThompsonHine.com
Tom.Zych@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: 513-352-6702
Fax: 513-241-4771
Jesse.Godshalk@ThompsonHine.com

*Attorneys for Defendant LISNR, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on December 11, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Jesse Jenike-Godshalk*