UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ALAN RACKEMANN

                Plaintiff,

    v.

LISNR, INC. *et al.*,

               Defendants.

Case No. 1:17-cv-00624-TWP-MJD

Judge Tanya Walton Pratt

Magistrate Mark J. Dinsmore

### DEFENDANT LISNR'S BRIEF IN SUPPORT OF MOTION TO MAINTAIN SUPPLEMENTAL MEMORANDUM IN OPPOSITION UNDER SEAL

In support of its Motion to Maintain Supplemental Memorandum in Opposition Under Seal, Defendant LISNR adopts the arguments in the Brief in Support of Defendants' Motion to Maintain Under Seal ("the Brief") (Dkt. 188). That Brief explains why the Court should maintain the seal over confidential content derived from the Expert Witness Report of Andrew C. Blaich ("Blaich Report"). This is the very same content that LISNR now asks the Court to maintain the seal over in LISNR's Supplemental Memorandum in Opposition to Plaintiff's Motion for Leave to Amend Complaint and Scheduling Order. Thus, for the reasons explained in the Brief, LISNR asks that the Court grant LISNR's Motion to Maintain Supplemental Memorandum in Opposition Under Seal.

                Respectfully submitted,

                _/s/ Jesse Jenike-Godshalk_____
                Thomas Feher (*pro hac vice*)
                Thomas F. Zych (*pro hac vice*)
                Thompson Hine LLP
                3900 Key Center
                127 Public Square
                Cleveland, Ohio  44114

Phone: 216-566-5605
Fax: 216-566-5800
Tom.Feher@ThompsonHine.com
Tom.Zych@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: 513-352-6702
Fax: 513-241-4771
Jesse.Godshalk@ThompsonHine.com

*Attorneys for Defendant LISNR, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on December 11, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Jesse Jenike-Godshalk*