## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN RACKEMANN,<br><br>      Plaintiff,<br><br>  v.<br><br>LISNR, INC. *et al.*,<br><br>      Defendants. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

### [PROPOSED] ORDER GRANTING DEFENDANT LISNR, INC.'S MOTION TO MAINTAIN SUPPLEMENTAL MEMORANDUM IN OPPOSITION UNDER SEAL

This cause has come before the Court upon Defendant LISNR, Inc.'s ("LISNR") Motion to Maintain Supplemental Memorandum in Opposition Under Seal. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. LISNR has filed an unredacted version of its Supplemental Memorandum in Opposition to Plaintiff's Motion for Leave to Amend Complaint and Scheduling Order under seal and has separately filed a redacted version of the Supplemental Memorandum publicly. Pursuant to Local Rule 5-11, the unredacted version of this Supplemental Memorandum shall remain under seal.

Date: _____

_____
Hon. Mark J. Dinsmore, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF