UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN RACKEMANN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LISNR, INC. *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO STAY PROCEEDINGS**

This matter is before the Court on Defendants' *Motion to Stay Proceedings and Request for Expedited Briefing*. Being fully advised, it is now ORDERED that the Motion is GRANTED.

Proceedings related to Plaintiff's claims are stayed pending the resolution of Defendants' argument in their Response in Opposition to Plaintiff's Motion for Leave To Amend Complaint and Scheduling Order (Dkt. 185) that the Court has no subject-matter jurisdiction over Plaintiff's action.

SO ORDERED.


Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　Mark J. Dinsmore
　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　Southern District of Indiana


Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.