# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC., a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation, <br><br> *Defendants*. | Case No. 1:17-cv-00624-TWP-MJD <br><br> Hon. Tanya Walton Pratt <br><br> Magistrate Mark J. Dinsmore |

## **PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Plaintiff Alan Rackemann ("Plaintiff"), by and through his attorneys and pursuant to Local Rule 5-11, hereby requests that the Court enter an Order to maintain Plaintiff's Reply in Support of Motion for Leave to Amend Complaint and Scheduling Order, (dkt. 213), and Exhibits 3, 6, and 7 to the Declaration of Rafey S. Balabanian, (dkt. 215-1, 215-2, 215-3), under seal. In support of this motion, Plaintiff states as follows:

1. On July 6, 2017, the Court entered a Stipulated Protective Order. (Dkt. 111-1.) The Protective Order requires counsel to comply with Local Rule 5-11. (*Id.* at 15.)

2. On January 5, 2018, Plaintiff filed his Reply in Support of Motion for Leave to Amend Complaint and Scheduling Order, and a supporting declaration with exhibits. (Dkts. 213, 214, 215.)

3. Plaintiff's Reply Brief references excerpts from the Rule 30(b)(6) deposition of Defendant LISNR, Inc., portions of which LISNR has designated as "Confidential" under the

1

Stipulated Protective Order. Those excerpts were filed as an exhibit to the Balabanian Declaration. (Dkt. 215-1.)

4. Plaintiff's Reply Brief also references the expert report of Dr. Andrew Blaich. Plaintiff has designated Dr. Blaich's report as "Restricted Confidential Source Code" because the document references or describes material that Defendants have designated as "Restricted Confidential Source Code." Dr. Blaich's report does not reference or describe any other material or information that Plaintiff seeks to maintain under seal (i.e., beyond the material that was originally designated by Defendants). The Blaich Report was filed as an exhibit to the Balabanian Declaration. (Dkt. 215-2.)

5. Finally, Plaintiff's Reply Brief references the proposed rebuttal expert report of Mr. Christopher Rucinski, which Defendants' have designated "Restricted Confidential Source Code." The Rucinski Report was filed as an exhibit to the Balabanian Declaration. (Dkt. 215-3.)

6. Plaintiff did not originally designate any of the submitted material confidential. As noted above, while Plaintiff did designate the expert report of Dr. Blaich as "Restricted Confidential Source Code," he only did so because it references information originally designated as "Restricted Confidential Source Code" by Defendants Colts and LISNR.

7. Pursuant to Local Rule 5-11(d)(3), the party that originally designated the material confidential must, within 14 days of service of this motion, file a Statement Authorizing Unsealing of Document (or specific portions thereof) and/or a Brief in Support that complies with the requirements of subsection (e) and a redacted public version of the document that was designated as confidential and filed under seal.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order: (i) granting this motion; (ii) allowing Plaintiff to file under seal his Reply in Support of Motion for Leave to

Amend Complaint and Scheduling Order and Exhibits 3, 6, and 7 to the Declaration of Rafey S. Balabanian; and (iii) requiring Defendants Indianapolis Colts, Inc., LISNR, Inc., and Adept Mobile, LLC to comply with Local Rule 5-11(d)(3).

**ALAN RACKEMANN**, individually and on behalf of all others similarly situated,

Dated: January 5, 2018

By: /s/ Benjamin S. Thomassen
One of Plaintiff's Attorneys

Rafey S. Balabanian (admitted *pro hac vice*)
rbalabanian@edelson.com
Eve-Lynn J. Rapp (admitted *pro hac vice*)
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin H. Richman (admitted *pro hac vice*)
brichman@edelson.com
Benjamin S. Thomassen (admitted *pro hac vice*)
bthomassen@edelson.com
Amir C. Missaghi (admitted *pro hac vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6380
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Classes*

## **CERTIFICATE OF SERVICE**

I, Benjamin Thomassen, hereby certify that on January 5, 2018, I served the above and foregoing by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Benjamin S. Thomassen