# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN Individually and on behalf of all other similarly situated,<br><br>              Plaintiff,<br><br>              v.<br><br>LISNR, INC.,<br>ADEPT MOBILE, LLC,<br>INDIANAPOLIS COLTS, INC. an Indiana Corporation,<br>Jeffrey Evans,<br>Edelson P.C.,<br><br>              Defendants. | No. 1:17-cv-00624-TWP-MJD |

## ORDER REFERRING MOTION

United States Magistrate Mark J. Dinsmore is hereby designated pursuant to 28 U.S.C. § 636(b)(1)(B) to issue a report and recommendation on Plaintiff Rackemann's Motion for Leave to Amend Complaint and Scheduling order (Dkt. 176) and Plaintiff Rackemann's Motion to Strike or Dismiss Counterclaims (Dkt. 193).

IT IS SO ORDERED.

Date: 1/23/2018

*Tanya Walton Pratt*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rafey S. Balabanian
EDELSON PC
rbalabanian@edelson.com

Thomas A. Barnard
TAFT STETTINIUS & HOLLISTER LLP
tbarnard@taftlaw.com

David J. Bender
COVINGTON & BURLING LLP
dbender@cov.com

Eric C. Bosset
COVINGTON & BURLING LLP
ebosset@cov.com

Thomas L. Feher
THOMPSON HINE LLP (Cleveland)
tom.feher@thompsonhine.com

Katharine Goodloe
COVINGTON & BURLING LLP
kgoodloe@cov.com

Jesse Jenike-Godshalk
THOMSPON HINE LLP
Jesse.Jenike-Godshalk@ThompsonHine.com

Kevin Kelly
COVINGTON & BURLING LLP
kkelly@cov.com

John F. McCauley
BINGHAM GREENEBAUM DOLL LLP (Indianapolis)
jmccauley@bgdlegal.com

Erica C Mirabella
132 Boylston Street
Boston, MA 02116

Amir Missaghi
EDELSON PC
amissaghi@edelson.com

Eve-Lynn Rapp
EDELSON PC
erapp@edelson.com

Benjamin H. Richman
EDELSON PC
brichman@edelson.com

Benjamin Thomassen
EDELSON PC
bthomassen@edelson.com

David O. Tittle
BINGHAM GREENEBAUM DOLL LLP (Indianapolis)
dtittle@bgdlegal.com

Thomas F. Zych
THOMPSON HINE LLP
tom.zych@thompsonhine.com