IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LISNR, INC., *et al.*<br><br>　　　　　Defendants,<br><br>AND<br><br>LISNR, INC.,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>v.<br><br>ALAN RACKEMANN, JEFF EVANS, and EDELSON P.C.,<br><br>　　　　　Counterclaim-Defendants. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Hon. Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**LOCAL RULE 6-1(b) NOTICE REGARDING
AUTOMATIC INITIAL EXTENSION OF TIME**

　　　　PLEASE TAKE NOTICE that, pursuant to Local Rule 6-1(b), Counterclaim-Defendants Edelson PC's and Jeff Evans's responses to Counterclaim-Plaintiff LISNR, Inc.'s Second Amended Answer and Counterclaims, (dkt. 218), are automatically extended to February 9, 2018. In support of this notice, and per the requirements of Local Rule 6-1(b), Edelson PC and Jeff Evans's (together, "Counterclaim-Defendants") state as follows:

　　　　1.　　On January 10, 2018, LISNR filed its Second Amended Answer and Counterclaims, which named Edelson PC and Jeff Evans as Counterclaim-Defendants.

1

2. On January 11, 2018, Counterclaim-Defendants accepted service of the Second Amended Answer and Counterclaims. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Counterclaim-Defendants' answers to the Second Amended Answer and Counterclaims are due on February 1, 2018. This deadline has not previously been extended.

3. Counterclaim-Defendants seek to extend their deadline to answer the Second Amended Answer and Counterclaims from February 1, 2018 to February 9, 2018, so as to coincide with Alan Rackemann's deadline to respond to the Second Amended Answer and Counterclaims, (*see* dkt. 212). LISNR has no objection to the relief requested herein.

4. The extended deadline will not interfere with the Court's Case Management Plan, any scheduled hearing, or any other case deadlines.

WHEREFORE, pursuant to Local Rule 6-1(b), Counterclaim-Defendants Edelson PC's and Jeff Evans's deadlines to answer Counterclaim-Plaintiff LISNR's Second Amended Answer and Counterclaims are automatically extended to February 9, 2018.

Dated: February 1, 2018                              Respectfully submitted,

**EDELSON PC** and **JEFF EVANS**

By: /s/ Rafey S. Balabanian

Rafey S. Balabanian (admitted *pro hac vice*)
rbalabanian@edelson.com
Eve-Lynn J. Rapp (admitted *pro hac vice*)
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin H. Richman (admitted *pro hac vice*)
brichman@edelson.com
Benjamin S. Thomassen (admitted *pro hac vice*)
bthomassen@edelson.com

Amir C. Missaghi (admitted *pro hac vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6380
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Classes, and Counterclaim Defendants Alan Rackemann, Jeff Evans, and Edelson PC*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2018, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                     /s/ Rafey S. Balabanian