UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALAN RACKEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-00624-TWP-MJD |
| | ) | |
| LISNR, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on *Defendant Lisnr's Motion to Maintain Supplemental Memorandum in Opposition Under Seal*. [Dkt. 191.] Defendant seeks to seal the Supplemental Memorandum [Dkt. 190] as it contains references to the confidential source codes in Exhibit P of the Declaration of Kevin Kelly [Dkt. 186-16], previously sealed by the Court [Dkt. 240.] Defendant has filed a redacted version of the Memorandum [Dkt. 189] as required by Local Rule 5-11.

Consequently, the Court **GRANTS** Defendant's Motion. [Dkt. 191.] The Clerk is directed to permanently seal Dkt. 190.

SO ORDERED.

Dated: 2 FEB 2018

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.