UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALAN RACKEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-00624-TWP-MJD |
| | ) | |
| LISNR, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Defendant LISNR, Inc.'s *Motion to Maintain Document Under Seal*. [Dkt. 219.] Defendant seeks to seal its Second Amended Answer and Counterclaims [Dkt. 218] because it contains information designated by Plaintiff as confidential under the parties' Protective Order.

On January 31, 2018, Plaintiff filed a Brief in Support of Defendant's Motion. [Dkt. 241.] Plaintiff asserts the counterclaims quote from or reference materials that reveal Edelson PC's proprietary business practices and communications between Edelson PC and non-party putative class action members. Plaintiff filed a public redacted version of the Second Amended Answer and Counterclaims [Dkt. 218] at Dkt. 241-1.

Consequently, based upon the Court's review of Plaintiff's supporting brief and proposed redactions, the Court **GRANTS** Defendant's Motion [Dkt. 219]. The Clerk is directed to permanently seal Dkt. 218.

Dated:  6 FEB 2018

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.