UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALAN RACKEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-00624-TWP-MJD |
| | ) | |
| LISNR, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Plaintiff's *Corrected Motion to Maintain Documents Under Seal*. [Dkt. 217.][1] Plaintiff seeks to seal his Reply in Support of Motion for Leave to Amend Complaint and Scheduling Order [Dkt. 213], and exhibits 3, 5, and 6 to the Declaration of Rafey S. Balbanian [Dkt. 215-1, Dkt. 215-2, and Dkt. 215-3] because they include information designated by Defendants as confidential under the parties' Protective Order.

On January 19, 2018, Defendants filed a Brief in Support of Plaintiff's Motion. [Dkt. 230.] Defendants assert the following arguments for maintaining the above documents under seal:

- Dkt. 213 is Plaintiff's Reply in Support of Motion for Leave to Amend Complaint and Scheduling Order. The memorandum references information derived from the below documents relating to how LISNR's technology works. Defendants have filed a redacted version of Dkt. 213 at Dkt. 230-4.

- Dkt. 215-1 consists of excerpts of the transcript of LISNR's Rule 30(b)(6) deposition. In the excerpts, LISNR's President describes confidential details about how LISNR's technology works. Defendants have filed a redacted version of Dkt. 215-1 at Dkt. 230-1.

---

[1] Plaintiff's previously filed *Motion to Maintain Document Under Seal* [Dkt. 216] is **DENIED AS MOOT**.

- Dkt. 215-2 is the report of Plaintiff's putative expert Dr. Blaich, which describes the confidential source code of LISNR and Adept. Defendants assert the source code constitutes a trade secret. Defendants have filed a redacted version of Dkt. 215-2 at Dkt. 230-2.

- Dkt. 215-3 is the report of Colts' expert Mr. Rucinski, which describes the confidential source code of LISNR and Adept. Defendants assert the source code constitutes a trade secret. Defendants have filed a redacted version of Dkt. 215-3 at Dkt. 230-3.

Consequently, based upon the Court's review of Defendants' supporting brief and proposed redactions, the Court **GRANTS** Plaintiff's Motion [Dkt. 217]. The Clerk is directed to permanently seal Dkt. 213, Dkt. 215-1, Dkt. 215-2, and Dkt. 215-3.

Dated:  6 FEB 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.