IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC, a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation,<br><br>Defendants. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Hon. Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**COUNTERDEFENDANTS' MOTION TO DISMISS**

Counterdefendants Alan Rackemann, Jeff Evans, and Edelson PC respectfully move, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the amended counterclaims filed by Counterplaintiff LISNR, Inc. (Dkt. 218). This motion is based upon the accompanying Counterdefendants' Memorandum in Support of Motion Dismiss Counterclaims.

Dated: February 9, 2018                           Respectfully submitted,

                                                                       **ALAN RACKEMANN, JEFF EVANS,** and
                                                                       **EDELSON PC**

                                                                       By: /s/ Rafey S. Balabanian

                                                                       Rafey S. Balabanian (admitted *pro hac vice*)
                                                                       rbalabanian@edelson.com
                                                                       Eve-Lynn J. Rapp (admitted *pro hac vice*)
                                                                       erapp@edelson.com
                                                                       EDELSON PC
                                                                       123 Townsend Street, Suite 100
                                                                       San Francisco, California 94107

Tel: 415.212.9300
Fax: 415.373.9435

Benjamin H. Richman (admitted *pro hac vice*)
brichman@edelson.com
Benjamin S. Thomassen (admitted *pro hac vice*)
bthomassen@edelson.com
Amir C. Missaghi (admitted *pro hac vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6380
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Classes, and Counterclaim Defendants Alan Rackemann, Jeff Evans, and Edelson PC*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 9, 2018, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                  /s/ Rafey S. Balabanian