UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALAN RACKEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-00624-TWP-MJD |
| | ) | |
| LISNR, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's *Motion to Strike or Dismiss Counterclaims* [Dkt. 193.] On January 23, 2018, District Judge Tanya Walton Pratt designated the undersigned Magistrate Judge to issue a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). [Dkt. 238.] Plaintiff's Motion and the parties' subsequent briefing is based upon Defendant LISNR's Amended Answer and Counterclaims [Dkt. 166]. On January 10, 2018, Defendant LISNR filed a Second Amended Answer and Counterclaims [Dkt. 218] and Plaintiff has now filed a second Motion to Dismiss [Dkt. 250] based upon the new set of counterclaims. Consequently, the Magistrate Judge recommends Plaintiff's previously filed *Motion to Strike or Dismiss Counterclaims* [Dkt. 193] be **DENIED AS MOOT**.

Dated: 12 FEB 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.