## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN Individually and on behalf of all other similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   No. 1:17-cv-00624-TWP-MJD<br>) |
| LISNR, INC.,<br>ADEPT MOBILE, LLC,<br>INDIANAPOLIS COLTS, INC. an Indiana Corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| LISNR, INC., | )<br>) |
| Counter Claimant, | )<br>) |
| v. | )<br>) |
| JEFFREY EVANS,<br>EDELSON P.C.,<br>ALAN RACKEMANN, | )<br>)<br>)<br>) |
| Counter Defendants. | ) |

## ORDER REFERRING MOTION

United States Magistrate Mark J. Dinsmore is hereby designated pursuant to 28 U.S.C. § 636(b)(1)(B) to issue a report and recommendation on Counterdefendants' Motion to Dismiss at Docket No. 250.

IT IS SO ORDERED.

Date: 2/14/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rafey S. Balabanian
EDELSON PC
rbalabanian@edelson.com

Thomas A. Barnard
TAFT STETTINIUS & HOLLISTER LLP
tbarnard@taftlaw.com

David J. Bender
COVINGTON & BURLING LLP
dbender@cov.com

Eric C. Bosset
COVINGTON & BURLING LLP
ebosset@cov.com

Thomas L. Feher
THOMPSON HINE LLP (Cleveland)
tom.feher@thompsonhine.com

Katharine Goodloe
COVINGTON & BURLING LLP
kgoodloe@cov.com

Jesse Jenike-Godshalk
THOMSPON HINE LLP
Jesse.Jenike-Godshalk@ThompsonHine.com

Kevin Kelly
COVINGTON & BURLING LLP
kkelly@cov.com

John F. McCauley
BINGHAM GREENEBAUM DOLL LLP (Indianapolis)
jmccauley@bgdlegal.com

Erica C Mirabella
132 Boylston Street
Boston, MA 02116

Amir Missaghi
EDELSON PC
amissaghi@edelson.com

Eve-Lynn Rapp
EDELSON PC
erapp@edelson.com

Benjamin H. Richman
EDELSON PC
brichman@edelson.com

Benjamin Thomassen
EDELSON PC
bthomassen@edelson.com

David O. Tittle
BINGHAM GREENEBAUM DOLL LLP (Indianapolis)
dtittle@bgdlegal.com

Thomas F. Zych
THOMPSON HINE LLP
tom.zych@thompsonhine.com