# Exhibit B

**From:** grubinstein@edelson.com
**Sent:** Wednesday, November 01, 2017 12:34 PM
**To:** Jeff Evans
**Subject:** Colts App privacy investigation
**Attachments:** Find_Colts_app_Installation_date.pdf

Hi Jeff,

My name is Greer, I'm the intake specialist with the law firm of Edelson PC. Thank you for responding to our ad about the Indianapolis Colts mobile application. Our office has a class action case where we allege a significant privacy breach with this app on Android devices--we allege that the App was programmed to secretly activate the users microphone and begin listening-in.

If you have used the App on your smartphone, you may qualify to participate in the class action lawsuit. Please download the "AppDetective" app and locate the Install date of the Colts app. You can use the attached document as a helpful guide. Or, you can call me at 312.572.7216 for help and additional details.

Once you get to the last step, you can e-mail me a screenshot of the install date and I can let you know if you qualify to participate. If you're unable to find the "Install Date," don't worry, you might still qualify to participate, just give me a call and I can tell you how.

Best,

--
Greer Rubinstein | Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
1.312.589.6370 (firm) | 1.312.572.7216 (direct) | 1.312.589.6378 (fax)
grubinstein@edelson.com | www.edelson.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

CONFIDENTIAL                                                                                                          RACKEMANN_001155

RACKEMANN_001155

Find Colts app Installation date

1. Open the Play Store



2. Search for "App detective" and select the option highlighted.



3. Click on "Install"

RACKEMANN_001156

RACKEMANN_001156



4. Once installed, open the App Detective app.



5. Wait for 30 seconds until the app finishes loading
6. Scroll down the list of apps, find the Colts app and tap on it.



7. Wait 30 seconds until the app loads all the information and tap on "General"



8. Look at the "Version" and "Installed" values



RACKEMANN_001160

RACKEMANN_001156