# Exhibit C

**From:** Greer Rubinstein [grubinstein@edelson.com]
**Sent:** Monday, November 27, 2017 11:05 AM
**To:** Zachary Bleke
**Subject:** Re: Colts App privacy investigation

Hi Zachary,

I hope you had a nice holiday. Thanks for running the program and sending that over to me. I forwarded it over to our tech experts and they confirmed that you did not have the version that was at risk. It looks like you had an earlier version of the app and did not update to the newer version that was affected in 2016. Unfortunately, you would not be eligible to participate in the class action, but the good news is that your privacy was not violated at all. Thank you again for all of your cooperation and assistance.

All the best,

Greer

On Fri, Nov 24, 2017 at 11:18 PM, Zachary Bleke<zbleke@aol.com> wrote:
> Hi Greer I sent the screen shot of when I download the colts app just let me know if I'm not qualified for the law suit thank you
>
> Zachary D Bleke
>
> On Nov 16, 2017, at 1:43 PM, Greer Rubinstein <grubinstein@edelson.com> wrote:
>
>> Hi Zach,
>>
>> Don't worry about the backup. I have attached a PDF of instructions on how you can find out when exactly you installed and last updated the app on your device. If you had the app installed between July-October 2016, you may have had the version that was affected by the privacy violation and would possibly be eligible to participate.
>>
>> Thanks,
>>
>> Greer
>>
>> On Mon, Nov 13, 2017 at 9:30 AM, Greer Rubinstein<grubinstein@edelson.com> wrote:
>>> Hi Zach,
>>>
>>> I just left you a voicemail. Feel free to give me a call back at your convenience. I don't think I left my number on your machine, but I can be reached at (312)572-7216.
>>>
>>> Best,
>>>
>>> Greer
>>>
>>> On Thu, Nov 9, 2017 at 7:27 AM, Zachary Bleke<zbleke@aol.com> wrote:
>>>> Hello Greer I have the screen shots for you but I called on Monday and left you a message I could not get the adb software to work on my tablet. If you need me to back up the tablet let me know and ill get it to work just let me know thank you
>>>>
>>>> Zachary D. Bleke
>>>> (317)-833-0989
>>>>
>>>> -----Original Message-----
>>>> From: Greer Rubinstein <grubinstein@edelson.com>
>>>> To: Zachary Bleke <zbleke@aol.com>
>>>> Sent: Thu, Nov 2, 2017 2:06 pm
>>>> Subject: Re: Colts App privacy investigation
>>>>
>>>> Okay, great. Thanks for letting me know.
>>>>
>>>> On Wed, Nov 1, 2017 at 5:49 PM, Zachary Bleke <zbleke@aol.com> wrote:
>>>>> Okay will have this done later this evening and will have it out by tomorrow morning
>>>>> Thank You Zachary Bleke
>>>>> (317)833-0989
>>>>> **From:** Greer Rubinstein
>>>>> **Sent:** Wednesday, November 1, 2017 5:00 PM
>>>>> **To:** Zachary Bleke
>>>>> **Subject:** Re: Colts App privacy investigation
>>>>>
>>>>> Hi Zach,

CONFIDENTIAL                                                                                                                   RACKEMANN_001684

Thanks for speaking with me today about our investigation into the Indianapolis Colts mobile application.

1. We need to confirm that the app was previously installed on your tablet. Instructions are below:

a. On your Android phone or tablet, open the Google Play Store app
b. Tap Menu (the three lines in the upper left corner)
c. Click My Apps and games
d. Click Library
e. Scroll through to see if the Colts App shows up
f. Take a screenshot

2. We need to know what version of Android you are running on your tablet. Instructions are below:

a. Click 'Apps'
b. Click 'Settings'
c. Click 'About Device'
d. It should show you what version of Android you are running.

Additionally, if you have a Windows computer at home, you could create a backup that would allow us to see what versions of the app you had installed. This is a bit more complicated and takes more time, but it would be able to tell us which versions you have had installed. You would need to download the file here https://edelson.box.com/s/vbjzm5qh8v11jf3hrkwfycl3x915fs3d and follow the instructions attached. Again, this would only work if you have a Windows computer.

Please let me know if you have any questions.

Thank you again,

Greer

On Wed, Nov 1, 2017 at 11:03 AM, < grubinstein@edelson.com> wrote:

> Hi Zachary,
>
> My name is Greer, I'm the intake specialist with the law firm of Edelson PC. I'm responding to your submission to our ad regarding your use of the Indianapolis Colts mobile application. Please give me a call at your convenience at (312) 572-7216 to learn more about our investigation into a significant privacy matter and how you may be entitled to up to $10,000.
>
> Best,
>
> --
> **Greer Rubinstein | Edelson PC**
> 350 North LaSalle Street, 13th Floor
> Chicago, Illinois 60654
> 1.312.589.6370 (firm) | 1.312.572.7216 (direct) | 1.312.589.6378 (fax)
> grubinstein@edelson.com | www.edelson.com
>
> Please consider the environment before printing this e-mail.
>
> CONFIDENTIALITY AND LIABILITY FOR MISUSE.
>
> The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.
>
> Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--
**Greer Rubinstein | Edelson PC**
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
1.312.589.6370 (firm) | 1.312.572.7216 (direct) | 1.312.589.6378 (fax)
grubinstein@edelson.com | www.edelson.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or

(ii) promoting, marketing or recommending to another person any tax-related matter.

--
Greer Rubinstein | Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
1.312.589.6370 (firm) | 1.312.572.7216 (direct) | 1.312.589.6378 (fax)
grubinstein@edelson.com | www.edelson.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--
Greer Rubinstein | Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
1.312.589.6370 (firm) | 1.312.572.7216 (direct) | 1.312.589.6378 (fax)
grubinstein@edelson.com | www.edelson.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--
Greer Rubinstein | Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
1.312.589.6370 (firm) | 1.312.572.7216 (direct) | 1.312.589.6378 (fax)
grubinstein@edelson.com | www.edelson.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

<Find_Colts_app_Installation_date (2).pdf>

--
Greer Rubinstein | Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
1.312.589.6370 (firm) | 1.312.572.7216 (direct) | 1.312.589.6378 (fax)
grubinstein@edelson.com | www.edelson.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

CONFIDENTIAL                                                                                                                                                           RACKEMANN_001687