UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN RACKEMANN,<br><br>                      Plaintiff,<br><br>    v.<br><br>LISNR, INC. *et al.*,<br><br>                      Defendants. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

### DEFENDANTS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5-11, Defendants Indianapolis Colts, Inc. (the "Colts"), LISNR, Inc. ("LISNR"), and Adept Mobile, LLC ("Adept") (collectively, "Defendants"), hereby request that the Court enter an Order to maintain under seal Defendants' Sur-Reply in Opposition to Plaintiff's Motion for Leave to Amend Complaint and Scheduling Order ("Sur-Reply Brief") (Dkt. 260) and Exhibits B, C, and D to the Declaration of Kevin Kelly (Dkts. 261-2, 261-3, 261-4). In support of this motion, Defendants state the following:

      1.      On July 6, 2017, the Court entered the Stipulated Protective Order in this action. (Dkt. 112.) The Stipulated Protective Order requires counsel to comply with Local Rule 5-11. (*Id.* at 15.)

      2.      On February 13, 2018, the Court granted Defendants' Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion for Leave to Amend Complaint and Scheduling Order ("Defendants' Motion for Leave") (Dkt. 227). (*See* Dkt. 253 at 1 n.1.) In accordance with that ruling, Defendants filed the Sur-Reply Brief (Dkt. 260) as well as the Declaration of Kevin Kelly (Dkt. 261) and incorporated exhibits (Dkts. 261-1, 261-2, 261-3, 261-4) that are referenced in the Sur-Reply Brief. Exhibit D to the Declaration of Kevin Kelly (Dkt. 261-4) consists of excerpts

from the deposition of Dr. Andrew Blaich (the "Blaich Depo.") that are referenced or quoted in the Sur-Reply Brief.

3. Prior to the Court's ruling, in the course of briefing Defendants' Motion for Leave, Defendants filed a public, redacted version of their proposed Sur-Reply Brief (Dkt. 227-1) and a sealed, unredacted version of their proposed Sur-Reply Brief (Dkt. 234-1). Defendants filed a motion to maintain the latter document under seal because it contained information that one or more parties designated confidential pursuant to the Protective Order. (Dkt. 235.)

4. Defendants filed a brief in support of maintaining the unredacted, proposed Sur-Reply Brief under seal on January 22, 2018, requesting that the Court maintain under seal only those portions of the proposed Sur-Reply Brief that "reference[], quote[], or describe[] documents that describe or purport to describe confidential aspects of LISNR's and Adept's technology, including LISNR's and Adept's highly confidential and proprietary source code." (Dkt. 236 at 1.) Plaintiff does not oppose this request. (*Id.* at 1.)

5. Plaintiff filed a separate brief in support of maintaining additional portions of the proposed Sur-Reply Brief under seal on February 5, 2018. (Dkt. 247.) Defendants oppose Plaintiff's effort to seal these additional portions of the proposed Sur-Reply Brief.

6. In Plaintiff's Opposition to Defendants' Motion for Leave to File Surreply (Dkt. 231), which he filed under seal, Plaintiff referenced and quoted portions of the proposed Sur-Reply Brief that Defendants have asked the Court to maintain under seal, among other confidential material. Defendants filed a brief in support of maintaining these references and quotations under seal on February 2, 2018, requesting that the Court maintain under seal those portions of "the Opposition [that] quote[] from and summarize[] documents that purport to describe confidential aspects of LISNR's and Adept's technology." (Dkt. 245 at 1.)

7.      Although the Court has not yet ruled on whether to maintain portions of the proposed Sur-Reply Brief and references to the same under seal, the Court has previously granted Defendants' requests to seal portions of documents that "contain[] references to Defendants' source codes" (Dkt. 240 at 2); "contain[] references to [Defendants'] confidential source codes" (Dkt. 246 at 1); "reference[] information derived from … documents relating to how LISNR's technology works" (Dkt. 249 at 1); "describe[] confidential details about how LISNR's technology works" (*id.*); or "describe[] the confidential source code of LISNR and Adept" (*id.* at 2).

8.      As described in greater detail in Defendants' Motion to Maintain Document Under Seal (Dkt. 235), Defendants' Brief in Support of Motion to Maintain Document Under Seal (Dkt. 236), and Plaintiff's Brief in Support of Motion to Maintain Document Under Seal (Dkt. 247), the Sur-Reply Brief (Dkt. 260) contains information that one or more parties have designated confidential and seek to maintain under seal.

9.      Exhibit B to the Declaration of Kevin Kelly (Dkt. 261-2) consists of an email and attachment that Plaintiff produced bearing Bates numbers RACKEMANN_001155 to RACKEMANN_001160. Plaintiff has designated only the page bearing Bates number RACKEMANN_001155 "Confidential" under the terms of the Stipulated Protective Order (Dkt. 112).

10.     Exhibit C to the Declaration of Kevin Kelly (Dkt. 261-3) is a document produced by Plaintiff bearing Bates number RACKEMANN_001684. Plaintiff has designated this document "Confidential" under the terms of the Stipulated Protective Order (Dkt. 112).

1.      Exhibit D to the Declaration of Kevin Kelly (Dkt. 261-4) consists of excerpts from the transcript of the Blaich Depo. that are referenced in the Sur-Reply Brief. LISNR's counsel has designated the following portions of Exhibit D "Restricted Confidential Source Code":

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 70:17 | 71:3 |
| 97:7 | 98:2 |
| 98:8 | 98:15 |
| 122:19 | 122:22 |
| 123:6 | 123:9 |

Plaintiff's counsel has designated the following portions of Exhibit D "CONFIDENTIAL":

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 10:17 | 10:17 |
| 10:19 | 10:19 |

11. Defendants have only designated as confidential portions of the Sur-Reply Brief (Dkt. 260) and portions of Exhibit D to the Declaration of Kevin Kelly (Dkt. 261-4). Defendants have not designated any of the remaining materials confidential.

12. Pursuant to Local Rule 5-11(d)(3), the party that designated the subject information confidential must within 14 days of service of this Motion to Maintain Documents under Seal, file a Statement Authorizing Unsealing of Document (or specific portions thereof) and/or a Brief in Support that complies with the requirements of Local Rule 5-11(e) and a redacted (confidential portions blacked out) public version of the document that was designated as confidential and filed under seal.

13. In support of maintaining under seal portions of the Sur-Reply Brief (Dkt. 260) and portions of Exhibit D to the Declaration of Kevin Kelly (Dkt. 261-4), Defendants submit the attached Brief in Support of Defendants' Motion to Maintain Documents Under Seal and

incorporate by reference their Brief in Support of Motion to Maintain Document Under Seal (Dkt. 236).

WHEREFORE, Defendants respectfully request that the Court enter an Order: (i) granting Defendants' Motion to Maintain Documents under Seal; (ii) allowing Defendants to file under seal the Sur-Reply Brief (Dkt. 260) and Exhibits B, C, and D to the Declaration of Kevin Kelly (Dkts. 261-2, 261-3, 261-4); and (iii) requiring Plaintiff Alan Rackemann to comply with Local Rule 5-11(d)(3).

Respectfully submitted,

/s/ *Kevin Kelly*
Eric C. Bosset (*pro hac vice*)
Kevin Kelly (*pro hac vice)*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: 202-662-5606
Fax: 202-778-5606
Email: ebosset@cov.com
      kkelly@cov.com

Thomas A. Barnard
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204
Tel: 317-713-3500
Fax: 317-713-3699
Email: tbarnard@taftlaw.com

*Attorneys for Defendant Indianapolis Colts, Inc.*

/s/ *Jesse Jenike-Godshalk*
Thomas Feher (*pro hac vice*)
Thomas F. Zych (*pro hac vice*)
Thompson Hine LLP
3900 Key Center

> 127 Public Square
> Cleveland, Ohio  44114
> Phone: 216-566-5605
> Fax: 216-566-5800
> Tom.Feher@ThompsonHine.com
> Tom.Zych@ThompsonHine.com
>
> Jesse Jenike-Godshalk (*pro hac vice*)
> Thompson Hine LLP
> 312 Walnut Street, Suite 1400
> Cincinnati, Ohio 45202
> Phone: 513-352-6702
> Fax: 513-241-4771
> Jesse.Godshalk@ThompsonHine.com
>
> *Attorneys for Defendant/Counterclaim-Plaintiff
>    LISNR, Inc.*
>
> /s/ *John F. McCauley*
> David O. Tittle, No. 857-49
> John F. McCauley, No. 20715-12
> BINGHAM GREENEBAUM DOLL LLP
> 2700 Market Tower
> 10 West Market Street
> Indianapolis, IN 46204
> Telephone: (317) 968-5418
> Facsimile: (317) 236-9907
> mdtittle@bgdlegal.com
> mjmccauley@bgdlegal.com
>
> *Attorneys for Defendant Adept Mobile, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document and attached proposed order were served upon counsel of record via operation of the Court's electronic filing system on February 15, 2018.

                                                                    /s/  *Kevin Kelly*