### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF
### INDIANA INDIANAPOLIS DIVISION

|  |  |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No. 1:17-cv-00624-TWP-MJD |
| v. | Hon. Tanya Walton Pratt |
| LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC., a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation, | Magistrate Mark J. Dinsmore |
| *Defendants*. | |

### PLAINTIFF'S MOTION TO
### MAINTAIN DOCUMENT UNDER SEAL

Plaintiff Alan Rackemann ("Plaintiff"), by and through his attorneys and pursuant to Local Rule 5-11, hereby requests that the Court enter an Order to maintain the document filed at Dkt. 241-1 under seal. In support of this motion, Plaintiff states as follows:

1.      On July 6, 2017, the Court entered a Stipulated Protective Order. (Dkt. 111-1.) The Protective Order requires counsel to comply with Local Rule 5-11. (*Id.* at 15.)

2.      On January 10, 2018, Defendant LISNR filed a motion to maintain its Second Amended Answer and Counterclaims under seal. (Dkt. 219.)

3.      On January 31, 2018, Plaintiff filed a brief in support of LISNR's motion and, in accordance with Local Rule 5-11, submitted a proposed redacted copy of LISNR's Second Amended Answer and Counterclaims (the "Original Redacted Document"). (Dkts. 241, 241-1.)

4.      On February 1, 2018, Plaintiff filed a corrected version of the Original Redacted Document (the "Corrected Redacted Document"). (Dkt. 244-1.) As explained in his Notice of

1

Corrected Filing, Plaintiff filed the Corrected Redacted Document because the Original Redacted Document did not redact information that LISNR sought to maintain under seal. (*See* dkt. 244.) Additionally, and in connection with the corrected filing, counsel for Plaintiff spoke with the Southern District of Indiana's ECF helpdesk, who, in turn, coordinated with the clerk's office to remove public access to the Original Redacted Document.

5.      Because the Original Redacted Document references or describes information designated by Defendants as "RESTRICTED CONFIDENTIAL SOURCE CODE," Plaintiff seeks to maintain that document under seal.

6.      Pursuant to Local Rule 5-11(d)(3), the party that originally designated the material confidential must, within 14 days of service of this motion, file a Statement Authorizing Unsealing of Document (or specific portions thereof) and/or a Brief in Support that complies with the requirements of subsection (e) and a redacted public version of the document that was designated as confidential and filed under seal.[1]

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order: (i) granting this motion; (ii) maintaining the document filed at dkt. 241-1 under seal; and (iii) requiring Defendants Indianapolis Colts, Inc., LISNR, Inc., and Adept  Mobile, LLC to comply with Local Rule 5-11(d)(3).

|  | **ALAN RACKEMANN**, individually and on behalf of all others similarly situated, |
|---|---|
| Dated: February 16, 2018 | By: /s/ Benjamin S. Thomassen<br>One of Plaintiff's Attorneys |
|  | Rafey S. Balabanian (admitted *pro hac vice*) |

---

[1]     Plaintiff notes that both he and LISNR already filed briefs that address these requirements for the contents of LISNR's Second Amended Answer and Counterclaims, which would apply equally to the Original Redacted Document at issue here. (*See* dkts. 220 (LISNR's Brief In Support of Motion to Seal), 241 (Plaintiff's Brief In Support of Motion to Seal).) Further, on February 6, 2018, the Court granted LISNR's motion to seal and directed the Clerk to permanently seal LISNR's Second Amended Answer and Counterclaim. (Dkt. 248.)

rbalabanian@edelson.com
Eve-Lynn J. Rapp (admitted *pro hac vice*)
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin H. Richman (admitted *pro hac vice*)
brichman@edelson.com
Benjamin S. Thomassen (admitted *pro hac vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6380
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Classes*

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin Thomassen, hereby certify that on February 16, 2018, I served the above

and  foregoing by causing true and accurate copies of such paper to be transmitted to all

counsel of  record via the Court's CM/ECF electronic filing system.


/s/ Benjamin S. Thomassen