# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN RACKEMANN, <br><br>　　　　Plaintiff/Counterclaim-Defendant, <br><br>　　v. <br><br>LISNR, INC., <br><br>　　　　Defendant/Counterclaim-Plaintiff. | Case No. 1:17-cv-00624-TWP-MJD <br><br> Judge Tanya Walton Pratt <br><br> Magistrate Mark J. Dinsmore <br><br> **ORDER** |

This cause has come before the Court upon Defendant/Counterclaim-Plaintiff LISNR, Inc.'s ("LISNR") Unopposed Motion to Extend Deadline for Filing Memorandum in Opposition to Counterclaim-Defendants' Motion to Dismiss Counterclaims. The Court GRANTS this Motion and ORDERS that LISNR shall have until March 2, 2018 to file its Memorandum in Opposition to Motion to Dismiss Counterclaims.

Date: 2/20/2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Tanya Walton Pratt, Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF