# UNITED STATES DISTRICT COURT
Southern District of Indiana

# **NOTICE OF CHANGE OF ATTORNEY INFORMATION**

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Southern District of Indiana.

✔   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]       )   1:17-CV-00624-TWP-MJD
                             )
                             )
                             )
                             )
                             )
                             )

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Benjamin S. Thomassen | Benjamin S. Thomassen |
| **Law Firm, Company, and/or Agency:** | Edelson PC | Edelson PC |
| **Address:** | 350 North LaSalle Street, 13th Floor<br>Chicago, Illinois 60654 | 350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654 |
| **Primary E-mail:** | bthomassen@edelson.com | bthomassen@edelson.com |
| **Secondary E-mail(s):** | docket@edelson.com | docket@edelson.com |
| **Telephone Number:** | 212.589.6370 | 212.589.6370 |
| **Facsimile:** | 212.589.6378 | 212.589.6378 |

Date: 02/28/2018                              s/ Benjamin S. Thomassen

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.