UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Southern District of Indiana.

✔   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   )   1:17-CV-00624-TWP-MJD
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Benjamin H. Richman | Benjamin H. Richman |
| **Law Firm, Company, and/or Agency:** | Edelson PC | Edelson PC |
| **Address:** | 350 North LaSalle Street, 13th Floor<br>Chicago, Illinois 60654 | 350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654 |
| **Primary E-mail:** | brichman@edelson.com | brichman@edelson.com |
| **Secondary E-mail(s):** | docket@edelson.com | docket@edelson.com |
| **Telephone Number:** | 312-589-6370 | 312-589-6370 |
| **Facsimile:** | 312-589-6378 | 312-589-6378 |

Date: 02/28/2018                    s/ Benjamin H. Richman

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.