IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC, a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation<br><br>Defendants. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Hon. Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**[PROPOSED] ORDER GRANTING IN PART
DEFENDANTS' MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

    This cause has come before the Court upon Defendants' Motion to Maintain Document Under Seal. Being fully advised, it is ORDERED that the motion be, and hereby is, GRANTED in part and DENIED in part. Plaintiff has filed a redacted version of the document that Defendants sought to maintain under seal. The redacted version shall remain public, while the unredacted version (Dkt. 258) shall remain under seal.

Date: _____                              _____
                                                                             Hon. Mark J. Dinsmore, Magistrate Judge
                                                                             United States District Court
                                                                             Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF