UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN RACKEMANN<br><br>                   Plaintiff,<br><br>    v.<br><br>LISNR, INC. *et al.*,<br><br>                   Defendants. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Judge Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO MAINTAIN DOCUMENT <u>UNDER SEAL</u>**

      This Court should deny the relief sought by Plaintiff Alan Rackemann ("Plaintiff") in his Brief in Support of Defendants' Motion to Maintain Document Under Seal (Dkt. 272). There, Plaintiff asks the Court to seal portions of Dkt. 258, the Memorandum in Support of Motion to Reconsider Order on Motion to Seal ("Memorandum") that Defendants LISNR, Inc., the Indianapolis Colts, Inc., and Adept Mobile LLC (collectively, "Defendants") filed. The portions at issue do not, as Plaintiff now claims, reveal trade secrets about the "business model" of Edelson P.C. ("Edelson"), or reveal confidential details about and communications with third parties.

      Indeed, Defendants explained in the Memorandum itself—and in their subsequent Reply in Support of Motion to Reconsider ("Reply") (Dkt. 280)—that the material at issue is not secret, but is common knowledge. Further, Edelson and Plaintiff have made the material public through their own, intentional efforts, and the interests of the public and Defendants in open disclosure outweigh Edelson's (nonexistent) interest in confidentiality. Finally, third parties have no confidentiality interest or expectation for this material.

Defendants incorporate by reference the arguments in their Memorandum and Reply and ask that the Court deny the relief sought by Plaintiff and Edelson in their Brief in Support of Defendants' Motion to Maintain Document Under Seal (Dkt. 272).

        Respectfully submitted,

/s/ *Jesse Jenike-Godshalk*
Thomas Feher (*pro hac vice*)
Thomas F. Zych (*pro hac vice*)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114
Phone: 216-566-5605
Fax: 216-566-5800
Tom.Feher@ThompsonHine.com
Tom.Zych@ThompsonHine.com

Jesse Jenike-Godshalk (*pro hac vice*)
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: 513-352-6702
Fax: 513-241-4771
Jesse.Godshalk@ThompsonHine.com

*Attorneys for Defendant/Counterclaim-Plaintiff LISNR, Inc.*


/s/ *Kevin Kelly*
Eric C. Bosset (*pro hac vice*)
Kevin Kelly (*pro hac vice)*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: 202-662-5606
Fax: 202-778-5606
Email: ebosset@cov.com
       kkelly@cov.com

Thomas A. Barnard
TAFT STETTINIUS & HOLLISTER LLP

        One Indiana Square
Suite 3500
Indianapolis, IN 46204
Tel: 317-713-3500
Fax: 317-713-3699
Email: tbarnard@taftlaw.com

*Attorneys for Defendant Indianapolis Colts, Inc.*


 _/s/ John F. McCauley_____
David O. Tittle
John F. McCauley
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
dtittle@bgdlegal.com
jmccauley@bgdlegal.com

*Attorneys for Defendant Adept Mobile LLC*

2

## **CERTIFICATE OF SERVICE**

I certify that on March 14, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             */s/ Jesse Jenike-Godshalk*