UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-00624-TWP-MJD |
| LISNR, INC., et al. | ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation [Dkt. 254] on Plaintiff's *Motion to Strike or Dismiss Counterclaims* [Dkt. 193]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Plaintiff's Motion to Strike or Dismiss Counterclaims [Dkt. 193] is **DENIED as MOOT**.

Date: 3/21/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

| | |
|---|---|
| Rafey S. Balabanian<br>EDELSON PC<br>rbalabanian@edelson.com | Kevin Kelly<br>COVINGTON & BURLING LLP<br>kkelly@cov.com |
| Thomas A. Barnard<br>TAFT STETTINIUS & HOLLISTER LLP<br>tbarnard@taftlaw.com | John F. McCauley<br>BINGHAM GREENEBAUM DOLL LLP<br>(Indianapolis)<br>jmccauley@bgdlegal.com |
| David J. Bender<br>COVINGTON & BURLING LLP<br>dbender@cov.com | Erica C Mirabella<br>132 Boylston Street<br>Boston, MA 02116 |
| Eric C. Bosset<br>COVINGTON & BURLING LLP<br>ebosset@cov.com | Eve-Lynn Rapp<br>EDELSON PC<br>erapp@edelson.com |
| Thomas L. Feher<br>THOMPSON HINE LLP (Cleveland)<br>tom.feher@thompsonhine.com | Benjamin H. Richman<br>EDELSON PC<br>brichman@edelson.com |
| Katharine Goodloe<br>COVINGTON & BURLING LLP<br>kgoodloe@cov.com | Benjamin Thomassen<br>EDELSON PC<br>bthomassen@edelson.com |
| Jesse Jenike-Godshalk<br>THOMSPON HINE LLP<br>Jesse.Jenike-Godshalk@ThompsonHine.com | David O. Tittle<br>BINGHAM GREENEBAUM DOLL LLP<br>(Indianapolis)<br>dtittle@bgdlegal.com |
| | Thomas F. Zych<br>THOMPSON HINE LLP<br>tom.zych@thompsonhine.com |