**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ALAN RACKEMANN, individually and on behalf all others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-00624-TWP-MJD |
| | ) | |
| LISNR, INC., ADEPT MOBILE, LLC, and INDIANAPOLIS COLTS, INC., an Indiana Corporation, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION ON STIPULATED DISMISSAL OF CLAIMS
AND COUNTERCLAIMS AND TERMINATION OF THIS ACTION**

Plaintiff and Counterclaim Defendant Alan Rackemann ("Plaintiff"), Counterclaim Defendant Jeffrey Evans, Counterclaim Defendant Edelson P.C., Defendant and Counterclaim Plaintiff LISNR, Inc. ("LISNR"), and Defendants Adept Mobile, LLC, and Indianapolis Colts, Inc. (together, "the Parties") hereby notify the Court that, pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, they have reached an agreed resolution of all claims and counterclaims asserted in this matter. (Filing No. 320.) The Parties' Stipulation of Settlement and Dismissal includes dismissal with prejudice of each of LISNR's claims against Edelson and the Indianapolis Colts to recover any of its fees incurred in this action including the existing award of fees made on July 6, 2018; and Adept Mobile also waives its right to recover any fees. (Filing No. 320-1).

Accordingly, the Parties' Joint Motion for Order on Stipulated Dismissal of Claims and Counterclaims (Filing No. 320) is **GRANTED** and all claims and counterclaims are hereby **dismissed with prejudice.** Plaintiff's Objection to Order Granting Attorneys' Fees Pursuant to

Motion to Compel (Filing No. 309) is **DENIED as moot**.  As all claims have been dismissed, this

action is **TERMINATED** and this case is **CLOSED**[1].

**SO ORDERED**:

Date:  10/12/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Benjamin S. Thomassen
EDELSON PC
bthomassen@edelson.com

Eric C. Bosset
COVINGTON & BURLING LLP
ebosset@cov.com

Eve-Lynn Rapp
EDELSON PC
erapp@edelson.com

John P. Pucci
BULKLEY RICHARDSON & GELINAS
jpucci@bulkley.com

Erica C. Mirabella
erica@mirabellallc.com

Katharine Goodloe
COVINGTON & BURLING LLP
kgoodloe@cov.com

Rafey S. Balabanian
EDELSON PC
rbalabanian@edelson.com

Michael D. Roundy
BULKLEY RICHARDSON & GELINAS
mroundy@bulkley.com

Jesse Jenike-Godshalk
THOMPSON HINE LLP
jesse.jenike-godshalk@thompsonhine.com

Thomas A. Barnard
TAFT STETTINIUS & HOLLISTER LLP
tbarnard@taftlaw.com

Thomas L. Feher
THOMPSON HINE LLP – Cleveland
tom.feher@thompsonhine.com

Thomas F. Zych
THOMPSON HINE LLP
tom.zych@thompsonhine.com

Wayne M. Serra
THOMPSON HINE LLP
wayne.serra@thompsonhine.com

Jerrold G. Neef
BOSTONIAN LAW GROUP
jerry@bostonianlaw.com

---

[1] The Court accepts the Parties' agreement that the Court maintains continuing jurisdiction over this matter for the purposes of enforcing the terms of the Stipulated Agreement and Order.  Should enforcement proceedings become necessary, a party may move to reopen this case for that limited purpose only.